# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BILL CRAMER, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CECIL BAKER & PARTNERS, INC., and | : | |
| HIDDEN CITY PHILADELPHIA, | : | No. 19-1503 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **1st** day of **July 2019**, upon consideration of Defendant Hidden City Philadelphia's Motion for Summary Judgment and Plaintiff Cramer's response, and for the reasons stated in this Court's Memorandum dated July 1, 2019, it is **ORDERED** that:

1. The motion (Document No. 17) is **GRANTED in part** and **DENIED in part**.

2. Plaintiff Cramer's copyright action is **DISMISSED without prejudice** for a lack of subject matter jurisdiction.

3. Defendant Hidden City Philadelphia's request for a hearing on sanctions is **DENIED**.

4. The Clerk of Court is directed to close this case.

                                                **BY THE COURT:**

                                                */s/ Berle M. Schiller*

                                                **Berle M. Schiller, J.**